UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TERRAH A. DEWS,                           )
                                          )
                Plaintiff,                )
                                          )
        v.                                )
                                          )   Civil Action No. 18-2566 (TSC)
U.S. SECRETARY OF HEALTH AND              )
HUMAN SERVICES,                           )
                                          )
                Defendant.                )
                                          )
                                          )

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of November 28, 2022, Plaintiff, Terrah Dews and

Defendant, the U.S. Secretary of Health and Human Services ("DHS") hereby propose the

following three dates for a status conference:  December 12, 15, or 16, 2022.

Dated: December 2, 2022
        Washington, D.C.

                                          Respectfully submitted,

        /s/ *David H. Shapiro*
 DAVID H. SHAPIRO                         MATTHEW M. GRAVES, D.C. Bar. #481052
 (D.C. Bar No. 961326)                    United States Attorney
 Swick & Shapiro, P.C.
 1432 K Street, N.W., Twelfth Floor       BRIAN P. HUDAK
 Washington, DC 20005                     Chief, Civil Division
 Tel: 202.842.0300
 dhshapiro@swickandshapiro.com
                                          By:        /s/ *Patricia K. McBride*
                                              PATRICIA K. MCBRIDE
 *Attorney for Plaintiff*                     Assistant United States Attorney
                                              601 D Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-7123

                                          *Attorneys for the United States of America*